IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | **8:17CR18** |
| vs. | |
| MACHELLE R. SANCHEZ, and LEO ALAN EDWARDS, | **ORDER** |
| Defendants. | |

This matter is before the Court on Defendant Machelle Sanchez's Motion to Amend Written Order Setting Conditions of Release. ([Filing No. 63](#).) The motion to amend will be granted and the Order Setting Conditions of Release ([Filing No. 17](#)) will be modified to reflect that Defendant may have contact with her husband, Leo Alan Edwards, as set forth below.

Accordingly,

**IT IS ORDERED** that Defendant Machelle Sanchez's Motion to Amend Written Order Setting Conditions of Release ([Filing No. 63](#)) is granted. The modification of the Order Setting Conditions of Release ([Filing No. 17](#)) and Defendant's release requirements is as follows: Defendant shall avoid all contact, directly or indirectly, with any persons, who are or who may become a victim or potential witness in the subject investigation or prosecution, except Defendant may have contact with her husband, Leo Alan Edwards.

Dated this 29th day of June, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge